IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JERRY J. MARTIN,

    Plaintiff,

v.                                          No. 2:18-cv-397- GJF-KRS

UNITED STATES OF AMERICA –
BUREAU OF LAND MANAGNMENT.

    Defendant.

## ORDER EXTENDING DISCOVERY DEADLINES

This matter is before the Court on the Joint Motion of both parties for an extension of certain discovery deadlines. For the reasons enumerated in the Motion for Extension of Discovery Deadlines, the Court finds good cause to grant the Motion.

IT IS THEREFORE ORDERED that discovery deadlines are reset as follows:

1. Defendant's deadline for Expert Disclosures and other Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) & (C) is moved to March 22, 2019.

2. Termination date for discovery is moved to April 19, 2019.

3. Motions relating to discovery shall be filed with the Court and served on opposing parties by April 26, 2019.

4. Pre-trial motions shall be filed with the Court and served on opposing parties by May 6, 2019.

5. Counsel will submit a proposed consolidated final pretrial order as follows: Plaintiff to Defendant on or before May 13, 2019; Defendant to the Court on or before May 20, 2019.

6. All other deadlines currently in effect shall remain the same, pending further orders of the Court.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE