IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JERRY J. MARTIN,**

    **Plaintiff,**

v.                                                          Civ. No. 2:18-cv-397- GJF-KRS

**UNITED STATES OF AMERICA –
BUREAU OF LAND MANAGEMENT,**

    **Defendant.**

## ORDER EXTENDING SETTLEMENT DEADLINES

This matter is before the Court on the Joint Motion of both parties for an extension of certain settlement deadlines. For the reasons enumerated in the Motion for Extension of Settlement Deadlines, the Court finds good cause to grant the Motion.

IT IS THEREFORE ORDERED that settlement deadlines are reset as follows:

1. Plaintiff's deadline to submit settlement letter to Defendant is moved to Friday June 14, 2019.

2. Defendant's deadline to send a responsive letter to Plaintiff is moved to Tuesday June 18, 2019.

3. Copies of both letters, plus the parties' confidential settlement letters to the Court must be submitted to the Court by June 18, 2019.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

1